1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| JAMES VINCENT GRULER AND JILL GRULER<br><br>PLAINTIFF,<br><br>V.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.<br><br>DEFENDANT. | CASE NO.:  CV15-1334–PHX DGC<br>CV15-1336-PHX DGC<br><br>ORDER |

Pursuant to the Parties' stipulation of dismissal.  Doc. 58.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 58) is **granted.** Plaintiffs' claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.  All parties have now been dismissed.  The Clerk is directed to terminate this action.

Dated this 3rd day of June, 2016.

David G. Campbell
United States District Judge